

**PIETRAGALLO**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

ATTORNEYS AT LAW

1818 MARKET STREET, SUITE 3402
PHILADELPHIA, PA 19103
215.320.6200 / fax 215.981.0082

September 17, 2010

2010 SEP 20  AM 9: 39

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

**VIA FEDERAL EXPRESS**

United States District Court Western District of Wisconsin
320 Robert W. Kastenmeier US Courthouse
120 North Henry Street
Madison, WI 53703-4304

10mc25

    Re:    S.E.C. v. Stinson, et al.
           No. 10-CV-03130 (BMS) (E.D. Pa.)

To the Clerk of the Court:

Enclosed for filing pursuant to 28 U.S.C. § 754 is a Notice of Filing of Complaint and Order Appointing Receiver that has been entered in the United States District Court for the Eastern District of Pennsylvania. Federal law requires that we file notice of the appointment of the Receiver in any jurisdiction where assets potentially belonging to the Receivership Estate may reside. Therefore, enclosed for filing please find:

- Civil Cover Sheet (Form JS 44);

- Notice of Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. § 754 with exhibits;

- Copy of the Notice of Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. § 754 without exhibits to be stamped and returned;

- A self-addressed, stamped envelope for the return copy of the Notice of Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. § 754; and

- A check for $39.00, the standard Miscellaneous filing fee.

Please return to us the copy of the date-stamped Notice in the enclosed envelope once it has been assigned a miscellaneous docket number. Please do not hesitate to contact me if you have any questions regarding this filing.

Very truly yours,

J. PETER SHINDEL, JR.

Enclosures
JPS/rmb

OHIO                          PENNSYLVANIA                    WEST VIRGINIA