IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> ROBERT STINSON, JR. <br> LIFE'S GOOD, INC. <br> LIFE'S GOOD STABL MORTGAGE FUND, LLC <br> LIFE'S GOOD HIGH YIELD MORTGAGE FUND, LLC <br> LIFE'S GOOD CAPITAL GROWTH FUND, LLC <br> IA CAPITAL FUND, LLC <br> KEYSTONE STATE CAPITAL CORPORATION <br><br> Defendants, and <br><br> FIRST COMMONWEALTH SERVICE COMPANY <br> SUSAN L. STINSON <br> CHRISTINE A. STINSON <br> MICHAEL G. STINSON <br> LAURA MARABLE <br><br> Relief Defendants. | Civil Action No. <br> 10-CV-03130 (BMS) <br><br><br> A TRUE COPY CERTIFIED TO FROM THE RECORD <br> DATED: 9/14/10 <br> ATTEST: [signature] <br> DEPUTY CLERK, UNITED STATES DISTRICT COURT <br> EASTERN DISTRICT OF PENNSYLVANIA |

## ORDER APPOINTING RECEIVER

NOW, this **13th** day of **September, 2010**, it is **ORDERED, ADJUDGED AND DECREED THAT:**

I.

**Kamian Schwartzman** is hereby appointed Receiver for the Receivership Estate established by Order dated September 10, 2010 (the "Receivership Order"). No bond shall be

this Order. Kamian Schwartzman (the "Receiver") is authorized to retain **Gaetan Alfano, Esq.** as the Receiver's Counsel, in connection with this appointment. With the Court's approval, the Receiver, and the Receiver's Counsel shall be compensated from the Receivership Assets for all reasonable fees and costs.

Until and unless otherwise Ordered by this Court, the agreed upon fee schedules are as follows, which hourly fee rates are hereby found to be reasonable:

### Receiver

| Name | Rate |
|---|---|
| Kamian Schwartzman | 300 |

### Receiver's Counsel

| Name/ Position | Rate |
|---|---|
| Gaetan Alfano | 250 |
| Associates | Up to 200 |
| Paralegals | 100 |

The Receiver's Counsel may add or substitute other professionals with comparable experience at comparable rates, with the written approval of the Receiver and the Commission.

### II.

### Continued Jurisdiction

This Order shall remain in effect unless and until modified by further order of this Court, and this Court shall retain exclusive jurisdiction of the within proceedings for all purposes.

Date: 9/13/2010                                    The Hon. Berle M. Schiller